No. 25-12241

# United States Court of Appeals for the Eleventh Circuit

Moriah Aharon,
Jordan G. Kuppinger,
Damon J. Deteso,
Rosanna Caruso,
Christopher Payton, et al.,
*Plaintiffs-Appellees,*

v.

Chinese Communist Party, et al.,
*Defendants,*

PetroChina International (America), Inc.,
*Defendant-Appellant.*

Appeal from the United States District Court for the Southern District of Florida, No. 20-cv-80604-RKA

## MOTION TO WITHDRAW AS COUNSEL

Pravin Patel
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131-3368
(305) 577-3180
pravin.patel@weil.com

*Counsel for Appellant PetroChina International (America), Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, PetroChina International (America), Inc. ("PCIA") states PCIA is not a publicly traded corporation and is wholly owned by its parent company, PetroChina International Co., Ltd, which is also not a publicly traded company.

The undersigned counsel certifies that the following persons have or may have an interest in the outcome of this case or appeal:

1. Aharon, Moriah – Plaintiff in district court proceedings;

2. Kuppinger, Jordan G.– Plaintiff in district court proceedings;

3. Deteso, Damon J. – Plaintiff in district court proceedings;

4. Caruso, Rosanna – Plaintiff in district court proceedings;

5. Payton, Christopher – Plaintiff in district court proceedings;

6. Angioletti, Lee – Plaintiff in district court proceedings;

7. Manning, Mariangella – Plaintiff in district court proceedings;

8. Vasquez, Lynnora – Plaintiff in district court proceedings;

9. Madden, Rebecca – Plaintiff in district court proceedings;

10. The People's Republic of China – Defendant in district court proceedings;

11. The Chinese Communist Party – Defendant in district court proceedings;

12. Altman, Roy K. – United States District Judge, United States

District Court, Southern District of Florida;

13. Reinhart, Bruce R. – Magistrate Judge, United States District Court, Southern District of Florida;

14. Patel, Pravin R. – Counsel for Defendant–Appellant PetroChina International (America), Inc.;

15. Guernsey Jr., Daniel P. – Counsel for Defendant–Appellant PetroChina International (America), Inc.;

16. Katzen, Alli G. – Counsel for Defendant–Appellant PetroChina International (America), Inc.;

17. Weil, Gotshal & Manges LLP – Counsel for Defendant–Appellant PetroChina International (America), Inc.;

18. Moore, Matthew T. – Counsel for Plaintiffs;

19. Duffy, Vincent J. – Counsel for Plaintiffs;

20. The Law Offices of Berman & Berman, P.A. – Counsel for Plaintiffs;

21. PetroChina International Co., Ltd – Appellant's parent corporation;

22. PetroChina Company Limited – Appellant's grandparent corporation;

23. China National Petroleum Corporation – Appellant's great grandparent corporation;

24. PetroChina International (Canada) Trading, Ltd. – Appellant's subsidiary corporation; and

25. PetroChina International (Brazil) Trading, Ltda. – Appellant's subsidiary corporation.

## MOTION TO WITHDRAW COUNSEL

Movant PCIA respectfully requests that this Court grant Daniel Guernsey leave to withdraw his appearance as counsel for PCIA. Mr. Guernsey ended his employment at Weil, Gotshal & Manges LLP. PCIA will continue to be represented by the undersigned counsel from Weil, Gotshal & Manges LLP, who has also appeared as counsel of record. Remaining counsel has notified PCIA of the request for withdrawal. In connection with the withdrawal, PCIA respectfully requests the Clerk of Court to remove Mr. Guernsey's name from the CM/ECF service list for this matter.

Dated: December 24, 2025     Respectfully submitted,

/s/ *Pravin Patel*
Pravin Patel
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
(305) 577-3180
pravin.patel@weil.com

*Counsel for PetroChina International (America), Inc.*

3

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 93 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook.

Dated: December 24, 2025

> /s/ *Pravin Patel*
> Pravin Patel

## **CERTIFICATE OF SERVICE**

I certify that on December 24, 2025, the foregoing was served via the Court's ECF system on all counsel of record.

Dated: December 24, 2025

/s/ *Pravin Patel*
Pravin Patel
