# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12241
_____

MORIAH AHARON,
JORDAN G. KUPPINGER,
DAMON J. DETESO,
ROSANNA CARUSO,
CHRISTOPHER PAYTON, et al.,

*Plaintiffs-Appellees,*

*versus*

CHINESE COMMUNIST PARTY, et al.,

*Defendants.*

PETROCHINA INTERNATIONAL (AMERICA), INC.,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-80604-RKA
_____

ORDER:

2                           Order of the Court                        25-12241

Attorney Daniel Paul Guernsey, Jr.'s motion to withdraw as counsel for Appellant PetroChina International (America), Inc. (PCIA) is GRANTED.


/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE