# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12241

_____

MORIAH AHARON,
JORDAN G. KUPPINGER,
DAMON J. DETESO,
ROSANNA CARUSO,
CHRISTOPHER PAYTON, et al.,

          *Plaintiffs-Appellees,*

versus

CHINESE COMMUNIST PARTY, et al.,

          *Defendants.*

PETROCHINA INTERNATIONAL (AMERICA), INC.,

          *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-80604-RKA

_____

| | | |
|---|---|---|
| 2 | Order of the Court | 25-12241 |

ORDER:

The motion for an extension of time to and including February 13, 2026 to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE