UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
Case No. 25-12241

MORIAH AHARON, ET AL.

    Appellees,

v.

PETROCHINA INTERNATIONAL
(AMERICA), INC.,

    Appellant.

**APPELLEES' MOTION FOR
ONE BUSINESS DAY EXTENSION OF TIME
TO FILE APPELLEES' BRIEF
(OPPOSITION UNKNOWN)**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1(a)(2), counsel for Appellees certify that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the appeal. Appellees further certify that there are no publicly traded corporations known to have any interest in this matter.

1. Aharon, Moriah — Plaintiff in district court proceedings;

2. Kuppinger, Jordan G — Plaintiff in district court proceedings;

3. Deteso, Damon J. — Plaintiff in district court proceedings;

4. Caruso, Rosanna- Plaintiff in district court proceedings;

5. Payton, Christopher — Plaintiff in district court proceedings;

6. Angioletti, Lee- Plaintiff in district court proceedings;

7. Manning, Mariangella — Plaintiff in district court proceedings;

8. Vasquez, Lynnora — Plaintiff in district court proceedings;

9. Madden, Rebecca — Plaintiff in district court proceedings;

10. The People's Republic of China — Defendant in district court proceedings;

11. The Chinese Communist Party — Defendant in district court proceedings;

12. Altman, Roy K. — United States District Judge, United States District Court, Southern District of Florida;

13. Reinhart, Bruce R.-Magistrate Judge, United States District Court, Southern District of Florida;

14. Moore, Matthew T.- Counsel for Plaintiffs;[1]

15. The Law Offices of Berman & Berman, P.A. d/b/a Berman Law Group — Counsel for Plaintiffs/Appellees;

16. Patel, Pravin R.- Counsel for Defendant-Appellant PetroChina International (America), Inc.;

17. Guernsey Jr., Daniel P. — Counsel for Defendant—Appellant PetroChina International (America), Inc.;[2]

18. Katzen, Alli G. — Counsel for Defendant—Appellant PetroChina International (America), Inc.;

19. Masterson, Marina — Counsel for Defendant—Appellant PetroChina International (America), Inc.;

20. Weil, Gotshal & Manges LLP- Counsel for Defendant/Appellant PetroChina International (America), Inc.;

21. PetroChina International Co., Ltd. — Appellant's parent corporation;

22. PetroChina International (Canada) Trading, Ltd. — Appellant's subsidiary corporation; and

23. PetroChina International (Brazil) Trading, Ltda.- Appellant's subsidiary corporation.

---

[1] Counsel for Appellant listed a former co-counsel for Plaintiffs/Appellees, Vincent J. Duffy on their Certificate of Interested Persons. Mr. Duffy left Plaintiffs' law firm and no longer has any interest in this case.

[2] This Court granted the Motion to Withdraw for Attorney Dnaiel P. Guernsey Jr. on January 5, 2026.

**APPELLEES' MOTION FOR
ONE BUSINESS DAY EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

Pursuant to 11th Cir. R.31-2 (e) and R. 26-1, counsel for Appellees hereby respectfully moves for a one (1) business day extension of time, up through and including, up through and including February 17, 2026, to file their responsive brief, which is currently due Friday, February 13, 2026.[3] Monday, February 16, 2026 is a Court holiday. An "over the phone" extension was previously given by the Clerk, with a due date of January 14, 2026, in response to Appellees' first extension request. [DE 16]. A second extension of time was granted to the current due date. [DE 20].

Appellees are mindful that additional extensions of time are greatly disfavored, however, undersigned has been caught up in both assisting with litigation support for the trial in *Murtha v U.S. Foods Holding Corp. et al*., Case No. CACE-23-004583 (Broward Cty. Cir. Ct.), that was specially reset and started this week, and covering other pending deadlines in matters on behalf of members of the *Murtha* trial team while they are at trial. There have also been several unforeseen emergent situations this week related to other matters undersigned oversees at the firm.

Thus, while undersigned has been diligently working on and making

---

[3] No extension of time for the appendix, if any, is required beyond the current deadline of February 20, 2026. [DE 20].

4

significant progress on the responsive brief, this one business day extension of time is requested so that it may be completed.

Appellant, Petrochina International (America), Inc. ("PCIA") has filed a substantial and approximately 50-page initial brief in this matter. The issues on appeal raise complex and novel issues of sovereign immunity under the Foreign Sovereign Immunities Act ("FSIA") as related to China's alleged mishandling of the COVID-19 pandemic outbreak and the subsequent allegations of hoarding of personal protective equipment ("PPE") by China and PCIA. Plaintiffs filed their action in 2020, and it has been the subject of extensive, labor and time intensive briefing, culminating in Judge Roy K. Altman's partial adoption of the Magistrate's Report and Recommendation on the extent and scope of sovereign immunity and subject matter jurisdiction, which ultimately lead to PCIA's appeal.

Counsel for Appellees conferred with counsel for PCIA today, but as of the time of this filing, PCIA's position is unknown. Should the position become known by Friday, Appellee will update the Court. This Motion was filed today in an abundance of caution given the timing of the deadline.

WHEREFORE, Appellees respectfully request that the Court grant this request for a one business day extension of the deadline for the Appellees' Brief up through and including February 17. 2026.

Dated:  February 12, 2026         Respectfully Submitted,

*/s Matthew T. Moore*
Matthew T Moore, Esq.
Berman Law Group
5801 Congress Avenue
Boca Raton, FL  33487
(561) 826-5200
mmoore@thebermanlawgroup.com
*Counsel for Appellees*

## CERTIFICATE OF COMPLIANCE

This document complies with the with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 445 words. This document also complies with the requirements of Fed. R. App. P. 32(a)(5) and (6), because it has been prepared using Microsoft Word and a proportionally styled typeface, Times New Roman, 14 point.

February 12, 2026

*/s Matthew T. Moore*
Matthew T. Moore, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, that I caused the foregoing to be filed in the Court's CM/ECF system which shall send an electronic notice to all parties of record in this matter.

*/s Matthew T. Moore*
Matthew T. Moore, Esq.
