# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
## Case No. 25-12241

MORIAH AHARON, ET AL.

     Appellees,

v.

PETROCHINA INTERNATIONAL
(AMERICA), INC.,

     Appellant.

## APPELLEES' SUPPLEMENT TO MOTION FOR ONE BUSINESS DAY EXTENSION OF TIME <u>TO FILE APPELLEES' BRIEF</u> (UNOPPOSED)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1(a)(2), counsel for Appellees certify that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the appeal.  Appellees further certify that there  are no publicly traded corporations known to have any interest in this matter.

1. Aharon, Moriah — Plaintiff in district court proceedings;

2. Kuppinger, Jordan G — Plaintiff in district court proceedings;

3. Deteso, Damon J. — Plaintiff in district court proceedings;

4. Caruso, Rosanna- Plaintiff in district court proceedings;

5. Payton, Christopher — Plaintiff in district court proceedings;

6. Angioletti, Lee- Plaintiff in district court proceedings;

7. Manning, Mariangella — Plaintiff in district court proceedings;

8. Vasquez, Lynnora — Plaintiff in district court proceedings;

9. Madden, Rebecca — Plaintiff in district court proceedings;

10. The People's Republic of China — Defendant in district court proceedings;

11. The Chinese Communist Party — Defendant in district court proceedings;

12. Altman, Roy K. — United States District Judge, United States District Court, Southern District of Florida;

13. Reinhart, Bruce R.-Magistrate Judge, United States District Court, Southern District of Florida;

14. Moore, Matthew T.- Counsel for Plaintiffs;[1]

15. The Law Offices of Berman & Berman, P.A. d/b/a Berman Law Group — Counsel for Plaintiffs/Appellees;

16. Patel, Pravin R.- Counsel for Defendant-Appellant PetroChina International (America), Inc.;

17. Guernsey Jr., Daniel P. — Counsel for Defendant—Appellant PetroChina International (America), Inc.;[2]

18. Katzen, Alli G. — Counsel for Defendant—Appellant PetroChina International (America), Inc.;

19. Masterson, Marina — Counsel for Defendant—Appellant PetroChina International (America), Inc.;

20. Weil, Gotshal & Manges LLP- Counsel for Defendant/Appellant PetroChina International (America), Inc.;

21. PetroChina International Co., Ltd. — Appellant's parent corporation;

22. PetroChina International (Canada) Trading, Ltd. — Appellant's subsidiary corporation; and

23. PetroChina International (Brazil) Trading, Ltda.- Appellant's subsidiary corporation.

---

[1] Counsel for Appellant listed a former co-counsel for Plaintiffs/Appellees, Vincent J. Duffy on their Certificate of Interested Persons.  Mr. Duffy left Plaintiffs' law firm and no longer has any interest in this case.

[2] This Court granted the Motion to Withdraw for Attorney Dnaiel P. Guernsey Jr. on January 5, 2026.

**APPELLEES' SUPPLEMENT TO MOTION FOR
ONE BUSINESS DAY EXTENSION OF TIME
<u>TO FILE APPELLEES' BRIEF</u>
(UNOPPOSED)**

Appellees hereby respectfully supplement their February 12, 2026 Motion for One Business Day Extension of Time to File Appellees' Brief ("Motion"), to notify the Court that Appellees were just informed by counsel for Appellant that Petro China International (America), Inc. ("PCIA"), has no opposition to the relief requested in Appellees' Motion. The Motion, [DE 21], was filed with opposition unknown, and now is confirmed *unopposed*.

For the reasons stated in the Motion, Appellees continue to respectfully request that the relief request be granted, and Appellees may file their brief on or before February 17, 2026.

Counsel for Appellees conferred with counsel for PCIA on February 12, 2026, about the relief requested, and this afternoon counsel for PCIA confirmed that there is no opposition.

WHEREFORE, Appellees respectfully request that the Court grant Appellees' February 12, 2026 request for a one business day extension of the deadline for the Appellees' Brief up through and including February 17. 2026.

Dated:  February 13, 2026          Respectfully Submitted,

*/s Matthew T. Moore*
Matthew T Moore, Esq.

4

Berman Law Group
5801 Congress Avenue
Boca Raton, FL  33487
(561) 826-5200
mmoore@thebermanlawgroup.com
*Counsel for Appellees*

## **CERTIFICATE OF COMPLIANCE**

This document complies with the with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 171 words.  This document also complies with the requirements of Fed. R. App. P. 32(a)(5) and (6), because it has been prepared using Microsoft Word and a proportionally styled typeface, Times New Roman, 14 point.

February 13, 2026

*/s Matthew T. Moore*
Matthew T. Moore, Esq.

5

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, that I caused the foregoing to be filed in the Court's CM/ECF system which shall send an electronic notice to all parties of record in this matter.


/s Matthew T. Moore
Matthew T. Moore, Esq.