In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12241

_____

MORIAH AHARON,

JORDAN G. KUPPINGER,

DAMON J. DETESO,

ROSANNA CARUSO,

CHRISTOPHER PAYTON, et al.,

*Plaintiffs-Appellees,*

*versus*

CHINESE COMMUNIST PARTY, et al.,

*Defendants.*

PETROCHINA INTERNATIONAL (AMERICA), INC.,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-80604-RKA

_____

2                          Order of the Court                    25-12241

ORDER:

The motion for an extension of time to and including February 17, 2026 to file Appellees' response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE